UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BEVERLY JILL RICE HANKE | ) | |
| | ) | CASE NO. A12-72060-MGD |
| | ) | |
| DEBTOR(S) | ) | |

### NOTICE OF INTENT TO PAY LATE-FILED CLAIM

Comes now, Mary Ida Townson, Chapter 13 Trustee, in the above styled case and files herewith her **NOTICE OF INTENT TO PAY LATE-FILED CLAIM**. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| Name and Address of Creditor | Claim Amount | Classification |
|---|---|---|
| CITIMORTGAGE, INC.<br>P.O. BOX 688971<br>DES MOINES, IA  50368-8971 | $52,204.96<br><br>PLUS INTEREST @ 3.00 | SECURED |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice.  The allowance of this claim does not affect the right of the Debtor(s) or Debtor(s)' attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar No. 715063
191 PEACHTREE STREET, SUITE 2200
ATLANTA, GA  30303
(404) 525-1110

## CERTIFICATE OF SERVICE

A12-72060-MGD

This is to Certify that I have this day served

    BEVERLY JILL RICE HANKE
    3907 LORIEN WAY
    KENNESAW, GA  30152

    CLARK & WASHINGTON
    3300 NORTHEAST EXPRESSWAY
    BUILDING 3, SUITE A
    ATLANTA, GA  30341

    MILLICENT W. MWANGI
    CITIMORTGAGE, INC.
    P.O. BOX 688971
    DES MOINES, IA  50368-8971

with a copy of the foregoing Notice of Intent to Pay Late-Filed Claim by depositing in the

United States Mail a copy of same in a properly addressed envelope with adequate postage

thereon.

DATED: 5/23/2013

                                                          /S/
                                    MARY IDA TOWNSON, TRUSTEE
                                    191 PEACHTREE STREET, SUITE 2200
                                    ATLANTA, GA  30303
                                    (404) 525-1110